# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00051-MR-WCM-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KENNETH PAUL METCALF, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's letter [Doc. 197], which the Court construes as a motion to reconsider the Order denying the Defendant's Motion for Compassionate Release.

Upon careful review of the Defendant's motion, the Court finds no basis in fact or law to reconsider its prior Order. Accordingly, the Defendant's Motion for Reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 197], which the Court construes as a motion to reconsider the Order denying the Defendant's Motion for Compassionate Release is **DENIED**.

IT IS SO ORDERED.

Signed: December 7, 2020

Martin Reidinger
Chief United States District Judge